**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Tracy M. Talbot, California Bar No. 259786
Alexandra C. Whitworth, California Bar No. 303046
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:    (415) 675-3434
Email:         scott.greene@bryancave.com
                   tracy.talbot@bryancave.com
                   alex.whitworth@bryancave.com

Attorneys for Defendants U.S. BANK NATIONAL ASSOCIATION and OCWEN LOAN SERVICING, LLC

**MELLEN LAW FIRM**
Matthew D. Mellen, California Bar No. 233350
Jessica Galletta, California Bar No. 281179
411 Borel Avenue, Suite 230
San Mateo, CA 94402
Telephone:   (650) 638-0120
Facsimile:    (650) 638-0125

Attorney for Plaintiff ROBERTO G. NUNEZ

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERTO G. NUNEZ, an individual<br><br>        Plaintiff,<br><br>    vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, a business entity; OCWEN LOAN SERVICING, LLC, a business entity; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. 3:15-cv-04792-MEJ<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDINGS**<br><br>The Hon. Mag. Judge Maria-Elena James<br><br>Action Filed:    October 16, 2015 |

Plaintiff ROBERTO G. NUNEZ and Defendants U.S. BANK NATIONAL ASSOCIATION and OCWEN LOAN SERVICING, LLC, stipulate and agree as follows:

1. Both Plaintiff and Defendants would like to try to resolve this matter out of court;

2. Plaintiff wishes to be reviewed for a loan modification in an effort to resolve this matter;

3. All Parties wish to stay court proceedings until **February 10, 2016**, so that the Parties can attempt to resolve this case without further litigation;

4. If the Parties are unable to resolve this matter before February 10, 2016, Defendants time to respond to Plaintiff's Complaint shall be extended until and through **February 19, 2016**;

5. No foreclosure proceedings shall occur during the stay.

Dated:   November 10, 2015          **MELLEN LAW FIRM**

By:  /s/ Jessica Galletta
     Jessica Galletta
     Attorneys for Plaintiff Roberto G. Nunez

Dated:   November 10, 2015          **BRYAN CAVE LLP**

By:  /s/ Alexandra C. Whitworth
     Alexandra C. Whitworth
     Attorneys for Defendants
     U.S. Bank N.A. and Ocwen Loan Servicing, LLC

Pursuant to Civil L.R. 5-1, the filer of this document attests under penalty of perjury that concurrence in this filing has been obtained from the other signatory.

By:  /s/ Alexandra C. Whitworth
     Alexandra C. Whitworth

1  **[PROPOSED] ORDER**

2  The Court, having read the above stipulation and good cause appearing therefor, **IT IS**
3  **HEREBY ORDERED THAT:**

4
   1.  This matter shall be stayed until February 10, 2016; AND
5
   2.  Defendants' response to the Complaint shall be filed no later than February 19,
6  2016;

7

8

9

10  Date:  November 10, 2015



3

264642.1